FILED

IN THE UNITED STATES DISTRICT COURT          FEB 25 2025
FOR THE WESTERN DISTRICT OF PENNSYLVANIA CLERK U.S. DISTRICT COURT
                                                                         WEST DIST OF PENNSYLVANIA

. UNITED STATES OF AMERICA .

v.                                                              Criminal No. 25 - 44

AIDAN HARDING                          -

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti,

Acting United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel,

Assistant United States Attorney for said District, and submits this Indictment Memorandum to

the Court:

## I. THE INDICTMENT

A federal grand jury returned a one-count Indictment against the above-named

defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|-------|--------------|---------------|
| One | Possession of Material Depicting the Sexual Exploitation of a Minor<br>December 11, 2024 | 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) |

## II. ELEMENTS OF THE OFFENSE

**A.    As to Count 1:**

In order for the crime of Possession of Material Depicting the Sexual Exploitation

of a Minor, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), to be established, the

government must prove all of the following essential elements beyond a reasonable doubt:

1.      That the defendant knowingly possessed one or more items which contained

a visual depiction of a minor engaging in sexually explicit conduct;

2.      That the item which contained the visual depiction had been mailed, transported or shipped in interstate or foreign commerce, or had been produced using materials which had been mailed or transported or shipped in interstate or foreign commerce;

3.      That the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256; and,

Title 18, United States Code, Section 2252(a)(4)(B).

4.      That the image(s) involved a prepubescent minor or a minor who had not attained 12 years of age.

Title 18, United States Code, Section 2252(b)(2).

## III. PENALTIES

**A.      As to Count 1: Possession of Material Depicting the Sexual Exploitation of a Minor (18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2)):**

1.      Imprisonment of not more than ten (10) years, but if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, the defendant shall be fined under this title and imprisoned for not more than 20 years, or if the defendant has a prior conviction (Title 18, United States Code, Chapter 110, Chapter 71, Chapter 109A, Chapter 117 or under Section 920 of Title 10) or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned not less than 10 years nor more than 20 years;

2.      A fine of not more than $250,000.00 (18 U.S.C. §3571(b)(3));

3.      A term of supervised release of at least 5 years, and up to life (18 U.S.C. § 3583(k));

4.      Any or all of the above.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

With respect to Count One, an additional special assessment of $5,000.00 must be imposed upon the defendant's conviction, as the offense was committed after May 29, 2015, and the offense is located within Chapter 110 of Title 18, United States Code.  18 U.S.C. § 3014(a).

Further, with respect to Count One, pursuant to 18 U.S.C. § 2259A(a)(1), an additional special assessment of not more than $17,000.00 shall be assessed upon conviction, as the offense was committed after December 7, 2018, and the offense is under § 2252(a)(4).

## V. RESTITUTION

Restitution may be required in this case as to Count One, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663A and 3664.

As to Count One, pursuant to 18 U.S.C. § 2259(b)(2)(B), the amount of restitution per victim shall not be less than $3,000.00.

## VI. FORFEITURE

As described in the Indictment, forfeiture is applicable.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney


/s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621