IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:25-cr-44 |
| AIDAN HARDING | |

ARRAIGNMENT PLEA

Defendant AIDAN HARDING

being arraigned, pleads NOT GUILTY

in open Court this 4th day of

March, 20 25

(Defendant's Signature)

(Attorney for Defendant)