IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AIDAN HARDING | Criminal Case No. 25-44 |

**MOTION FOR LIMITED SEALING OF**
**DETENTION HEARING EXHIBITS**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said District, and respectfully submits the following:

1. On February 12, 2025, a detention hearing was held in this matter before United States Magistrate Judge Christopher B. Brown. During the hearing, the government utilized items marked as Exhibits A through Y.

2. Counsel for the government is aware of certain requests for access to these materials. The government requests that Exhibits A and L, both of which are affidavits, remain sealed for the reasons previously stated in the motions for their sealing and/or limited unsealing. The government further requests that Exhibits N and O be sealed because they depict abuse of individual victims.

                                          Respectfully submitted,

                                          TROY RIVETTI
                                          Acting United States Attorney

                      By:  */s/ Jeffrey R. Bengel*
                           JEFFREY R. BENGEL
                           Assistant United States Attorney
                           DC ID No. 1018621