IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 2:25-cr-00044 |
| ) | |
| vs. ) | Christopher B. Brown |
| ) | United States Magistrate Judge |
| AIDAN HARDING, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Limited Sealing of Detention Hearing Exhibits, ECF No. 31, and the Motion to Seal Certain Exhibits Admitted at Preliminary Examination and Detention Hearing, ECF No. 32 are **GRANTED IN PART AND DENIED IN PART** as follows:

1. The parties' joint request to seal Government Exhibits A, L, N, and O is **GRANTED**[1];

2. Defendant's request to seal Government Exhibits B – K, M, P-Y is **DENIED**; and

3. Defendant's request to seal Defense Exhibits A and B is **DENIED**.[2]

---

[1] Exhibit L is sealed with respect to the Affidavit of Probable Cause only. The accompanying Criminal Complaint, which is part of the exhibit, is <u>not</u> placed under seal and is available on the public docket. ECF No. 2.

[2] In sum, the following exhibits are <u>not</u> placed under seal: Government Exhibits B – K, M, P – Y, AA, and BB as well as Defendant's Exhibits A-C.

In accordance with 28 U.S.C. § 636(b)(1)(A), any party may request the District Judge to reconsider this determination. The parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order.

**SO ORDERED** this 16th day of April, 2025.

                              BY THE COURT:

                              s/Christopher B. Brown
                              Christopher B. Brown
                              United States Magistrate Judge

cc:    All Counsel of Record
       (via ECF electronic notification)